UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JASON DAVIES, individually and
on behalf of all others similarly situated,

        Plaintiff,                          Case No. 24-cv-13246
                                            Hon. Matthew F. Leitman

v.

ARENAC CASTING, INC.,
a Michigan corporation,

        Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff,

this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2025, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126